## NATIONAL AID LIFE ASS'N v. HORNE et al.

### No. 3544.

Court of Civil Appeals of Texas. Beaumont.
Nov. 14, 1939.

Rehearing Denied Nov. 29, 1939.

See 135 S.W.2d 254.

Wilcox & Wood, of Georgetown, for appellant.

Ramsey & Ramsey, of San Augustine, for appellee.

WALKER, Chief Justice.

This was an action by appellees against appellant on a life insurance contract. On trial to the court without a jury, judgment was rendered in favor of appellees against appellant for the sum of $529.71. Though this suit was filed in district court, the amount in controversy was within the jurisdiction of the county court. Following Texas & N. O. R. Co. v. Futch, Tex.Civ. App., 127 S.W.2d 1040, the judgment of the lower court is affirmed, without a written opinion.